[No. 11559-6-I.   Division One.   July 30, 1984.]

TERRANCE W. KEMMERER, ET AL, *Appellants,* v. MUTUAL MATERIALS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-00389-5, Jack P. Scholfield, J., entered March 5, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Ringold, JJ.

[No. 11509-0-I.   Division One.   July 30, 1984.]

LARRY THOMPSON, *Respondent,* v. JAMES A. COBB, *Appellant.*

JAMES A. COBB, *Appellant,* v. THE PORT OF SKAGIT COUNTY, *Respondent.*

Appeal from judgments of the Superior Court for Skagit County, Nos. 41860, 41966, Walter J. Deierlein, Jr., J., entered February 17, 1982. *Affirmed in part* and *reversed in part* by unpublished opinion per Corbett, A.C.J., concurred in by Swanson and Ringold, JJ.

[No. 11641-0-I.   Division One.   July 30, 1984.]

GAY L. MULLINS, ET AL, *Appellants,* v. BERNARD MITTELMAN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-15210-6, Robert W. Winsor, J., entered March 23, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Corbett, A.C.J., and Ringold, J.